UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:24-cr-389 |
| | ) | |
| Plaintiff, | ) | Judge J. Philip Calabrese |
| | ) | |
| v. | ) | |
| | ) | |
| SHREYAS BALDEVBHAI CHAUDHARY, | ) ) | |
| | ) | |
| YASH RAVAL, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| TRUSHA CHAUDHARY, | ) | |
| | ) | |
| Defendants. | ) ) | |

**ORDER**

On February 27, 2025, the Court held a status conference on the record. At the hearing, counsel for the United States represented that discovery has been turned over, but defense counsel indicated they are still reviewing the voluminous discovery with their clients. To afford defense counsel additional time to review the discovery and to discuss the case with their clients, the Court continued the conference.

For these reasons, and so as not to deny counsel the reasonable time necessary for the effective preparation of their respective cases, the Court determined that the case cannot be tried within the current speedy-trial deadline of April 21, 2025. In doing so, the Court finds that the ends of justice are served by tolling the running of the speedy-trial clock through the next pretrial conference pursuant to 18 U.S.C. §§

3161(h)(7)(A) and (B)(i), (ii), and (iv) and outweigh the best interest of the public and Defendants in a speedy trial.

Based on the foregoing, the Court finds the period of time elapsing from February 27, 2025 through and including the next pretrial conference, which is presently scheduled for March 28, 2025, is properly and shall be excluded from the speedy trial calculation. As of the date of this Order, by the Court's calculation, seventeen (17) days have elapsed on the speedy-trial period set forth in 18 U.S.C. § 3161(c)(1).

**SO ORDERED.**

Dated: February 27, 2025

J. Philip Calabrese
United States District Judge
Northern District of Ohio